EDWARD FOX, Appellant, *v*. THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Fox* v. *Mayor, etc.*, 11 Misc. Rep. 304, affirmed.
(Argued March 3, 1897; decided March 23, 1897.)

APPEAL from a judgment and order of the General Term
of the Court of Common Pleas for the city and county of

New York, entered respectively February 28 and February 26, 1895, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Louis O. Van Doren* for appellant.

*Francis M. Scott* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur.